UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 20-11325-DOC-(DFMx) | Date | March 1, 2021 |
|---|---|---|---|
| Title | Soba Living LLC., et al. v. California Physicians Service, et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Deputy Clerk

Debbie Gale
Court Reporter

ATTORNEY PRESENT
FOR PLAINTIFF:

ATTORNEY PRESENT
FOR DEFENDANT:

Thomas Rickeman

Ileana Hernandez

**PROCEEDINGS: MOTION HEARING (Held via ZOOM and Completed)**

    Case called. Court and counsel confer. The Court tentatively DENIES the Plaintiff's Motion to Remand [17]. The Court's order will issue. The Scheduling Conference is held. The Court's Scheduling Order will issue. The Scheduling Conference set for March 8, 2021 is vacated.

    The Court orders counsel to confer re: selection of Special Master Robert O'Brien or counsel shall agree upon a different special master. Counsel are also ordered to agree upon a private mediator. Counsel shall inform the Court of such selections.

    : 29

Initials of Deputy Clerk    kd